## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

MARLISHA GARNER,

        **Plaintiff,**

                **Case No. 2:26-cv-421**
                **Chief District Judge Sarah D. Morrison**

        **v.**                    **Magistrate Judge Kimberly A. Jolson**

SOUTH 20TH PROPERTY LLC, *et al.*,

        **Defendant.**

### DEFICIENCY ORDER

Before the Court are Plaintiff's revised Motion to proceed *in forma pauperis*, civil cover sheet, and Complaint.  (Docs. 1, 5, 5-1, 5-2, 5-3).  First, Plaintiff's Motion to proceed *in forma pauperis* is still incomplete.  At base, the Court requires more information to determine whether Plaintiff qualifies for *in forma pauperis* status.  She states that she is not employed, has no assets, no cash on hand, and no money in a bank account.  (Doc. 5 at 2).  At the same time, Plaintiff says she has no monthly expenses.  (*Id.* at 3).  The Court still cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*.

Plaintiff is **ORDERED** to file a second revised, complete Motion to proceed *in forma pauperis* on or before **May 21, 2026**.  In the revised Motion, Plaintiff shall provide the Court with a complete list of her monthly expenses and any income received from any source within the past twelve months, including government assistance.  Alternatively, perhaps Plaintiff relies on friends or family to assist in paying monthly expenses.  If that is the case, Plaintiff should make that clear in the revised Motion.  Failure to provide a clearer picture of her finances will result in a recommendation that Plaintiff be ordered to pay the filing fee.

Second, Plaintiff's civil cover sheet is still incomplete.  (Doc. 5-1).  Plaintiff did not complete sections I–III, and V–VI.  (*Id.*).  The Clerk is **DIRECTED** to return this document to

Plaintiff.  Plaintiff is **ORDERED** to file a revised, complete civil cover sheet on or before **May 21, 2026**.

Third, the Court notes several issues with Plaintiff's Complaint.  (Doc. 1).  Plaintiff does not include an address for Defendant Kaprice Mays, does not indicate the federal statute under which she brings her suit, and fails to sign and date her Complaint.  (*Id.* at 2, 3).  Plaintiff is **ORDERED** to file an amended complaint that addresses these issues on or before **May 21, 2026**.

Finally, the Court notes that this is the second Deficiency Order related to Plaintiff's initial paperwork.  (Docs. 2, 4).  Plaintiff is **CAUTIONED** that this is her final opportunity to address the above deficiencies.  Failure to comply with this Order **will** result in a recommendation that she must pay the filing fee or the Court will dismiss her case for failure to prosecute.

**IT IS SO ORDERED.**

Date: May 6, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE

2