UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARLISHA GARNER,

          Plaintiff,        :

    v.                            **Case No. 2:26-cv-421**
                                      **Chief Judge Sarah D. Morrison**
                                      **Magistrate Judge Kimberly A.**
**SOUTH 20TH PROPERTY**                **Jolson**
**LLC,** *et al.*,                   :

          **Defendants.**

## <u>ORDER</u>

This matter is before the Court on the Magistrate Judge's June 3, 2026 Report and Recommendation. (ECF No. 11.) The Magistrate Judge conducted an initial screen of the Amended Complaint (ECF No. 9) under 28 U.S.C. § 1915(e)(2) and recommends dismissal. (ECF No. 11.) Ms. Garner timely filed her objection to the Report and Recommendation. (ECF No. 12.)

If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

In her Objection, Ms. Garner repeats that she was unlawfully evicted and highlights the steps she has taken to fight the eviction. (*See generally* ECF No. 12.)

But Ms. Garner provides no further explanation as to which portions of the Report and Recommendation she is objecting to or why. Thus, the objection does nothing to undermine the Magistrate Judge's reasoning or conclusion. Even so, the undersigned agrees that Ms. Garner has provided no basis for this Court to exercise subject matter jurisdiction. *See Graley v. Checksmart*, No. 2:16-cv-572, 2016 WL 3446720, \*2 (S.D. Ohio June 23, 2016) (Deavers, M.J.) ("Where there is no basis for federal jurisdiction apparent on the face of the complaint a court may dismiss the action as frivolous and for lack of subject matter jurisdiction under 28 U.S.C. § 1915(e)(2)(B) and Fed.R.Civ.P. 12(h)(3)." (citation modified)).

After careful review of the Amended Complaint, the Report and Recommendation, and Ms. Garner's Objection, Ms. Garner's Objection (ECF No. 12) is **OVERRULED**. The Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation (ECF No. 11). Ms. Garner's Amended Complaint (ECF No. 9) is **DISMISSED**.

      **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**